ACCEPTED
03-15-00061-CV
3913305
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 12:13:29 PM
JEFFREY D. KYLE
CLERK

**03-15-00061-CV**

NO. _____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/27/2015 12:13:29 PM

JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

IN RE TELADOC, INC.

Relator.

**MOTION TO EXPEDITE**

**JACKSON WALKER L.L.P.**
Matt Dow
State Bar No. 06066500
Dudley D. McCalla
State Bar No. 13354000
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000
(512) 236-2002 – Fax

MOTION TO EXPEDITE - Page 1

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Teladoc, Inc. ("Teladoc") and moves the Court to expedite granting of the Motion to Transfer filed this date and as grounds herefore would show:

## I.

On January 16, 2015 the Texas Medical Board ("TMB") issued an order adopting on an emergency basis an amendment to Rule 90.8(1)(L) (attached as Exhibit 1). On January 20, 2015 Teladoc field its Original Verified Petition for Declaratory Judgment and Application for Injunctive Relief and on that date the Honorable Gisela Triana granted a Temporary Restraining Order ordering the TMB and its agents, servants, employees and attorneys to desist and refrain from implementing, communicating and enforcing the amendment to Rule 190.8(1)(L) (Exhibit 2). Thereafter, the Honorable Gisela Triana (joined by Teladoc) executed the Motion to Transfer filed with this Court this date.

## II.

Hearing on Temporary Injunction in Cause No. D-1-GN-15-000238 is set for February 2, 2015 at 9:00 a.m. Teladoc today is submitting its Petition for Temporary Injunctive Relief to protect the jurisdiction of this Honorable Court following granting of the Motion to Transfer.

PREMISES CONSIDERED, Teladoc prays that the Motion to Transfer and appropriate injunctive relief be granted prior to February 2, 2015, to protect the jurisdiction of this Honorable Court.

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ *Dudley D. McCalla*
Dudley D. McCalla
State Bar No. 13354000
Matt Dow
State Bar No. 06066500
100 Congress, Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 236-2002 - Fax

**ATTORNEYS FOR TELADOC, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of January, 2015, a true and correct copy of the foregoing document was served by fax and email on the parties listed below:

Ted Ross
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548
Fax: 512-474-1062

Attorney for TMB

_/s/ Dudley D. McCalla_____
Dudley D. McCalla

12056563v.1 124965/00019